UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23987-CIV-WILLIAMS

CASH INVESTMENTS, LLC,

    Plaintiff,

v.

THE COURT REPORT, LLC and
FERNANDO COLMENARES,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 20) on Plaintiff's Motion for Default Judgment (DE 18). In the Report, Magistrate Judge McAliley found that Plaintiff failed to properly serve Defendants. (*Id.*). Plaintiff filed no objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 20) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Default Judgment (DE 18) is **DENIED**.
3. Plaintiff has thirty (30) days from the date of this Order to properly effect service on all Defendants. All claims against any Defendant that has not been served with notice of this action by that day--evidenced by valid proof of service filed to the docket--will be dismissed without prejudice pursuant to Rule 4(m).

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>14th</u> day of May, 2021.

                                                              KATHLEEN M. WILLIAMS  
                                                              UNITED STATES DISTRICT JUDGE